UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSE MARTIN VIRAMONTES-GOMEZ,

     Petitioner,

 v.

KIRSTEN NIELSON, et al.,

     Respondents.

Case No. C18-935-JLR-JPD

ORDER TO SHOW CAUSE

This is a 28 U.S.C. § 2241 immigration habeas action. Respondents have filed a notice that this case is related to *Viramontes-Gomez v. ICE Field Office Director*, Case No. C18-940-RAJ-BAT. **Within 14 days** of the date of this order, the parties shall SHOW CAUSE whether the two cases should be consolidated. If a party favors consolidation, it should file a motion to consolidate in lieu of responding to this Order. The Clerk is directed to send copies of this order to the parties and to the Honorable James L. Robart.

Dated this 29th day of August, 2018.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

ORDER TO SHOW CAUSE - 1