UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSE MARTIN VIRAMONTES-GOMEZ,

    Petitioner,

v.

KIRSTEN NIELSON, et al.,

    Respondents.

Case No. C18-935-JLR-JPD

ORDER GRANTING IN PART AND DENYING IN PART MOTION TO CONSOLIDATE

This is a 28 U.S.C. § 2241 immigration habeas action. Petitioner has filed a motion to consolidate this action with *Viramontes-Gomez v. ICE Field Office Director*, Case No. 18-941-RAJ-BAT (W.D. Wash.), an essentially identical case. Dkt. 14. Petitioner asks to proceed with Case No. 18-941-RAJ-BAT. *Id.* The Government agrees that the two cases should be consolidated and asks the Court to consolidate this action with Case No. 18-941-RAJ-BAT and to withdraw as moot the motion to dismiss filed in this action, Dkt. 9, because it is duplicative of the earlier-filed motion to dismiss in Case No. 18-941-RAJ-BAT. Dkt. 15.

Although both parties ask the Court to consolidate the two cases and to proceed with Case No. 18-941-RAJ-BAT, it is the Court's standard practice to consolidate cases into the case

ORDER GRANTING IN PART AND
DENYING IN PART MOTION TO
CONSOLIDATE - 1

that was filed first, which in this instance is this action, Case No. 18-935-JLR-JPD.  Accordingly, the Court finds and ORDERS:

(1)     Petitioner's motion to consolidate, Dkt. 14, is GRANTED in part and DENIED in part.  The two cases shall be consolidated; however, they will be consolidated into the instant case, not into Case No. 18-941-RAJ-BAT.  The pleadings and motions filed in Case No. 18-941-RAJ-BAT shall be deemed to have been filed in the instant action.

(2)     The Government's motion to dismiss in this case, Dkt. 9, shall be WITHDRAWN as moot.  The Court will rule on the motion to dismiss that was filed in Case No. 18-941-RAJ-BAT.

(3)     The Clerk shall consolidate *Viramontes-Gomez v. ICE Field Office Director*, Case No. 18-941-RAJ-BAT (W.D. Wash.), with the instant action.

(4)     The parties shall make all future filings in this case.

(5)     The parties shall have **14 days** in which to object to this Order.

(6)     The Clerk is directed to send copies of this order to the parties and to the Honorable James L. Robart.

Dated this 20th day of September, 2018.

JAMES P. DONOHUE
United States Magistrate Judge

ORDER GRANTING IN PART AND
DENYING IN PART MOTION TO
CONSOLIDATE - 2