UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSE MARTIN VIRAMONTES-GOMEZ,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>KIRSTEN NIELSON, et al.,<br><br>　　　　　　Respondents. | Case No. C18-935-JLR<br><br>ORDER OF DISMISSAL |

Having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, ~~any objections or responses to that, and~~ and no objections to the Report and Recommendation having been filed, the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) The Government's motion to dismiss, *Viramontes-Gomez II*, Dkt. 8, is GRANTED.

(3) Petitioner's habeas petition is DENIED, and this action is DISMISSED with prejudice.

\\

\\

ORDER OF DISMISSAL - 1

(4)   The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

Dated this 21st day of November, 2018.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL - 2